UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60274-CIV-COHN/SELTZER

NOLAN R. CAMPBELL,

    Plaintiff,

vs.

MOON PALACE, INC., d/b/a
PEKING DUCK HOUSE, a Florida Corporation,

    Defendant.
_____/

FILED by _____ D.C.
APR 2 8 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on April 28, 2011, before the undersigned. Trial in this cause is set for the two-week trial period commencing September 19, 2011. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties Exchange Rule 26(a) Disclosures | May 20, 2011 |
| Joinder of Parties and Amendment of Pleadings | June 17, 2011 |
| Fact Discovery Completed | July 1, 2011 |
| Expert Discovery Completed | July 1, 2011 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | July 15, 2011 |

| | |
|---|---|
| Mediation Completed | August 19, 2011 |
| Motions in Limine | September 2, 2011 |
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | September 12, 2011 |
| Submission of Voir Dire Questions and Objections to Deposition Designations[1] | Day of Calendar Call (September 15, 2011) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 28th day of April 2011.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
unrepresented parties

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.