UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60274-CIV-COHN/SELTZER

NOLAN R. CAMPBELL,

    Plaintiff,

v.

MOON PALACE, INC. *d/b/a* PEKING
DUCK HOUSE, a Florida corporation,

    Defendant.
_____/

## SCHEDULING ORDER

**THIS CAUSE** is before the Court upon the Order Granting Reconsideration and Reopening Case [DE 77]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Trial in the above-referenced matter is set for the two-week trial period commencing **March 12, 2012** at **9:00 a.m.**, or as soon thereafter as the case may be called.

2. Calendar Call is set for **March 8, 2012** at **9:00 a.m.** All counsel must be present.

3. The Court sets the remaining pretrial deadlines follows:

| | |
|---|---|
| Motions to Exclude or Limit Expert Testimony | December 27, 2011 |
| New Mediation Report Deadline | February 14, 2012 |
| Motions in Limine | February 21, 2012 |

| | |
|---|---|
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | March 2, 2012 |
| Submission of Voir Dire Questions, Counter-Designations, and Objections to Deposition Designations[1] | Calendar Call (March 8, 2012) |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of December, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.